_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                          **CHAPTER 13 CASE NO.:**

**JOSIE M. SANDERS**                            **14-12715-JDW**

## AGREED ORDER

THIS MATTER came before the Court on the Joint *Ore Tenus* Motion of the above-named Debtor[1] and Locke D. Barkley, the Chapter 13 Trustee (the "Trustee"), for entry of this Agreed Order and the provisions contained therein as agreed upon by the Debtor and the Trustee. The Court being fully advised in the premises does hereby order as follows:

1.  The Debtor's Confirmed Plan (Dkt. #11) shall be and is hereby modified to:

    a.  Pay the Notice of Postpetition Mortgage Fees, Expenses, and Charges (Dkt. #25) in the amount of $386.47 over the remaining plan term;

    b.  Pay the Notice of Postpetition Mortgage Fees, Expenses, and Charges (Dkt. #27) in the amount of $386.47 over the remaining plan term;

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise.

1

    c. Pay the Notice of Postpetition Mortgage Fees, Expenses, and Charges (Dkt. #28) in the amount of $331.26 over the remaining plan term; and

    d. Pay the Notice of Postpetition Mortgage Fees, Expenses, and Charges (Dkt. #29) in the amount of $220.84 over the remaining plan term.

  2. In the event a secured creditor with a security interest in the Debtor's principal residence files a Notice of Post-Petition Fees, Expenses, and Charges pursuant to Rule 3002.1(c) of the Federal Rules of Bankruptcy Procedure (the "PPFEC"), the Debtor hereby acknowledges and consents to the payment of each PPFEC in full by the Trustee pursuant to 11 U.S.C. § 1326(b)(1). Nothing contained in this Agreed Order shall serve as a waiver of the Debtor's right to object to the PPFEC within one (1) year pursuant to Rule 3002.1(e) of the Federal Rules of Bankruptcy Procedure.

  3. The Trustee is hereby authorized to adjust the Debtor's plan payment as may be necessary to comply with the terms of this Agreed Order.

## ##END OF ORDER##

**AGREED & APPROVED:**


/s/ W. Jeffrey Collier
W. JEFFREY COLLIER (MSB# 10645)
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEYS FOR TRUSTEE


/s/ Karen B. Schneller
KAREN B. SCHNELLER
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645