**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:
JOSIE M SANDERS**

195 SHADOWLANE DR
HOLLY SPRINGS, MS 38635-3153

**CHAPTER 13 NO:**

**14-12715-JDW**

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from **$598.00   ( MONTHLY )** to **$833.00   ( MONTHLY )** effective in **03/01/2019**. Your plan payment is being remitted **by your employer / direct / by automatic bank draft.**

The reason for the changes in your plan payment is:

_____   Due to a change in your monthly mortgage payment;

_____   Due to a claim being filed for a different amount than scheduled;

\_\_xx\_\_   Due to entry of an order; 2/7/2019

_____   Other: _____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,** please be aware that the Trustee **DOES NOT** accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order** with your **case number and last name** in the description line, to

   Locke D. Barkley
   P.O. BOX 1859
   MEMPHIS, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date: 2/14/2019

CC:   NORTH MISSISSIPPI BANKRUPTCY GROUP
      C/O KAREN SCHNELLER
      PO BOX 417
      HOLLY SPRINGS, MS 38635

Respectfully submitted,
LOCKE D. BARKLEY

/s/ Locke D. Barkley
_____
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

    I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  2/14/2019

/s/ Locke D. Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE