**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: JOSIE M. SANDERS                                    CHAPTER 13

DEBTOR                                                              CASE NO. 14-12715  JDW

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS [DOCUMENT NO. 33]

COMES NOW, Josie M. Sanders, by and through her attorney of record and in response to the Trustee's Motion To Dismiss and would show as follows:

1. The Debtor admits the allegations contained in Paragraph 1.
2. The Debtor admits the allegations contained in Paragraph 2.
3. The Debtor denies the allegations contained in Paragraph 3.  The Debtor has paid a portion of her delinquency and intends to pay the remaining amount in May in addition to her entire May plan payment.

WHEREFORE, PREMISES CONSIDERED, Debtor prays, upon a hearing hereon, this Court deny Trustee's Motion To Dismiss and that she be allowed to catch up her payments and for such other and further relief that this court deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED,
/s/ Karen B. Schneller
KAREN B.  SCHNELLER, MSB #6558
ROBERT H. LOMENICK, JR., MSB #104186
SCHNELLER & LOMENICK, P.A.
126 N. SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI  38635
(662) 252-3224/karen.schneller@gmail.com
rlomenick@gmail.com

### CERTIFICATE OF SERVICE

I, Karen B. Schneller/Robert H. Lomenick, Attorney for Debtor, do hereby certify that I have this day forwarded, a true and correct copy of the above and foregoing Response To Motion To Dismiss to the Debtors, either by electronic means or by United States Mail to the following: .

**Locke Barkley**
**Chapter 13 Trustee**
**6360 I 55 North, Suite 140**
**Jackson, Mississippi 39211**

**U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39269**

This the 8th day of May, 2019.

/s/ Karen B. Schneller
KAREN B.  SCHNELLER