Fill in this information to identify the case:

Debtor 1: Josie M Sanders aka Josie Thomas

Debtor 2 (Spouse, if filing): ____

United States Bankruptcy Court for the: Northern District of MS (State)

Case number: 14-12715-JDW

**FILED**

MAY 2 0 2019

Clerk, U.S. Bankruptcy Court
Northern District of Miss.

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** The Note Authority LLC

**Court claim no. (if known):** 3

**Last 4 digits** of any number you use to identify the debtor's account: 1296

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ ____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ ____ |
| 3. Attorney fees | | (3) | $ ____ |
| 4. Filing fees and court costs | | (4) | $ ____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ ____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ ____ |
| 7. Property inspection fees | | (7) | $ ____ |
| 8. Tax advances (non-escrow) | | (8) | $ ____ |
| 9. Insurance advances (non-escrow) | 1/9/19, 2/7/19, 3/12/19, 4/9/19, 5/14/19 | (9) | $ 276.05 |
| 10. Property preservation expenses. Specify: ____ | | (10) | $ ____ |
| 11. Other. Specify: ____ | | (11) | $ ____ |
| 12. Other. Specify: ____ | | (12) | $ ____ |
| 13. Other. Specify: ____ | | (13) | $ ____ |
| 14. Other. Specify: ____ | | (14) | $ ____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 __Josie M Sanders__
First Name  Middle Name  Last Name

Case number (if known) __14-12715-JDW__

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_   Date 5/16/2019
Signature

Print: __Randy Rodenhouse__   Title __Manager__
First Name  Middle Name  Last Name

Company __The Note Authority LLC__

Address __636G Longpoint Rd Ste 135__
Number  Street
__Mt Pleasant__   __SC__   __29464__
City  State  ZIP Code

Contact phone (__843__) __754__ - __8174__   Email __randy@thenoteauthority.com__

**UNITED STATED BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

CASE NO. 14-12715-JDW
IN RE: JOSIE M SANDERS AKA JOSIE THOMAS
CHAPTER 13

## CERTIFICATE OF SERVICE

I hereby certify that I have notified all interested parties of the Notice of Post Petition Mortgage Fees filed by The Note Authority LLC as reflected on the foregoing notice.

Josie M Sanders
195 Shadowlane Dr
Holly Springs MS 38635

Karen B. Schneller
Attorney at Law
Karen.schneller@gmail.com

Locke D Barkley
Trustee
sbeasley@barkley13.com

by electronic transmission or mailing this notice and a copy of the Notice of Post Petition Mortgage Fees filed herein by US mail, first class, postage prepaid and properly addressed, all on May 16, 2019.

The Note Authority LLC
636G Longpoint Rd Ste 135
Mt Pleasant SC 29464
888-696-8585

_____
Randy Rodenhouse
President

PDBYPROP  
PAID

PAID ITEMS FOR 01/2019 - 05/2019  
Paid Premium Report

5/16/2019  
8:25:29 AM  
Page 6  
*MILLIE*

**007470**  The Note Authority, LLC  
Mt Pleasant, SC 29464

| NAME | LOAN# | POLICY# | CHECK# | TYPE | PMT DATE | CODE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Josie Sanders | 9160001296 | BFP 0000925680 | 11491 | CK | 01/09/2019 | M | $55.21 |
| Josie Sanders | 9160001296 | BFP 0000925680 | 11513 | CK | 02/07/2019 | M | $55.21 |
| Josie Sanders | 9160001296 | BFP 0000925680 | 11529 | CK | 03/12/2019 | M | $55.21 |
| Josie Sanders | 9160001296 | BFP 0000925680 | 11552 | CK | 04/09/2019 | M | $55.21 |
| Josie Sanders | 9160001296 | BFP 0000925680 | 11576 | CK | 05/14/2019 | M | $55.21 |

PropertyAddress  
195 Shadowlane Dr

| | |
|---|---|
| 5 RECEIVED | $276.05 |
| 0 DISBURSED | $0.00 |
| 5 TOTAL | $276.05 |