SO ORDERED,



**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                   CHAPTER 13 CASE NO.:

JOSIE M. SANDERS                                    14-12715-JDW

## AMENDED AGREED ORDER DENYING MOTION TO DISMISS (DKT. #33)

This Agreed Order amends the Agreed Order Denying Motion to Dismiss (Dkt. #33) (Dkt. #39) entered on June 27, 2019.  Amendments are shown in *italics.*

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #33) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee") and response thereto filed by the Debtor (Dkt. #34).  Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby denied.

2. The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #11) (the "Plan").

3. The post-petition mortgage payment arrears through *June* 2019 shall be cured over the remaining term of the Plan.  The amount necessary to cure such

arrears shall be disbursed monthly by the Trustee together with the continuing payment.

4. Should the Debtor become 30 days or more delinquent in Chapter 13 plan payments, calculated from *July* 1, 2019, this case may be dismissed by subsequent order without further notice or hearing.

5. This Agreed Order shall not become final for a period of 21 days, giving the affected creditor(s) an opportunity to object to the entry of same.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN
ATTORNEY FOR TRUSTEE

/s/ Karen B. Schneller
KAREN B. SCHNELLER
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392